**Entered on Docket
February 23, 2010**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com,

Wells Fargo Bank, N.A.
09-78301

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-N-09-51441-gwz |
| Marie E. Bingham | Date:  2/9/2010<br>Time: 10:00 am |
| | Chapter 7 |
| Debtor(s). | |

**ORDER VACATING AUTOMATIC STAY**

1

2      IT IS HEREBY ORDERD, ADJUDGED AND DECREED the relief from the Automatic Stay

3  is granted in the above-entitled bankruptcy proceeding regarding the subject property generally

4  described as 307 Hamilton St, Carlin NV 89822.

5

6

7

8      IT IS SO ORDERED this _____ day of _____, 2010.

9

10

11                                                              _____
                                                                        Bankruptcy Judge
12  Submitted by:
    WILDE & ASSOCIATES
13

14  _____
    Gregory L. Wilde, Esq.
15  Attorney for Secured Creditor
    208 South Jones Boulevard
16  Las Vegas, Nevada 89107

17  APPROVED / DISAPPROVED

18  _____
    **Randall Adams**
19  405 Idaho Street, #207
    Elko, NV 89801
20  Attorney for Debtor(s)

21  APPROVED / DISAPPROVED

22
    _____
23  **Marianne Eardley**
    P.O. Box 460
24  Elko, NV  89803
    Chapter 7 Trustee
25

26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
\_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document

\_\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document

\_\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor